# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:16-cv-81992-MARRA**

BRANDON LEIDEL, individually,
and on behalf of All Others Similarly Situated; and
JAMES D. SALLAH, ESQ., as Receiver/Corporate Monitor of
Project Investors, Inc. d/b/a Cryptsy,

      Plaintiffs,

v.

COINBASE, INC., a Delaware corporation
d/b/a Global Digital Asset Exchange (GDAX);

      Defendant.
_____/

## STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RECEIVER'S CLAIMS ONLY

    WHEREAS, through its Corrected Motion to Compel Arbitration [Docket Entry No. 16], Defendant, COINBASE, INC., a Delaware corporation d/b/a Global Digital Asset Exchange (GDAX) ("COINBASE"), has sought to compel to resolve in arbitration all claims Plaintiffs have asserted in this action; and

    WHEREAS, Plaintiff JAMES D. SALLAH, ESQ., as Receiver/Corporate Monitor (the "Receiver") of Project Investors, Inc. d/b/a Cryptsy, has agreed to **DISMISS WITHOUT PREJUDICE** his claims against COINBASE so that those claims may be pursued in arbitration; and

    WHEREAS, the Receiver and COINBASE stipulate and agree that the Receiver and COINBASE shall each bear their own attorneys' fees and costs associated with this lawsuit; and

    WHEREAS, the Receiver and COINBASE stipulate and agree that this dismissal is intended to apply to the claims of the Receiver only and is not intended to have any effect on any claims asserted by any other party to this litigation, or the defenses to those claims;

    IT IS HEREBY STIPULATED AND AGREED between the Receiver and COINBASE that, pursuant to the terms of Fed.R.Civ.P. 41(a)(1)(A)(i), this action shall be, and is, **DISMISSED WITHOUT PREJUDICE only as between the Receiver and COINBASE**; and that the Receiver and COINBASE shall bear their own attorneys' fees and costs related to this action.

    IT IS FURTHER STIPULATED AND AGREED between the Receiver and COINBASE that **this Stipulation and Voluntary Dismissal shall have no effect on any claims asserted by any other parties to this litigation, or the defenses to those claims**.

Dated: March 2, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ David C. Silver | /s/ Andrew Kemp-Gerstel |
| DAVID C. SILVER | ANDREW KEMP-GERSTEL |
| SCOTT L. SILVER | JAMES R. LIEBLER, II |
| JASON S. MILLER | **LEIBLER, GONZALEZ & PORTUONDO** |
| **SILVER LAW GROUP** | *Counsel for Defendant, Coinbase Inc.* |
| 11780 W. Sample Road | Courthouse Tower - 25th Floor |
| Coral Springs, Florida 33065 | 44 West Flagler Street |
| Telephone: (954) 755-4799 | Miami, FL 33130 |
| Facsimile: (954) 755-4684 | Telephone: (305) 379-0400 |
| E-mail: DSilver@silverlaw.com | Facsimile: (305) 379-9626 |
| SSilver@silverlaw.com | E-mail: akg@lgplaw.com |
| JMiller@silverlaw.com | jrlii@lgplaw.com |
| - and - | - and - |
| MARC A. WITES | STEVEN A. ELLIS |
| **WITES & KAPETAN, P.A**. | LAURA STOLL |
| 4400 N. Federal Highway | GALEN PHILLIPS |
| Lighthouse Point, Florida 33064 | **GOODWIN PROCTER LLP** |
| Telephone: (954) 570-8989 | *Pro Hac Vice Counsel for Defendant, Coinbase Inc.* |
| Facsimile: (954) 354-0205 | 601 South Figueroa Street - 41st Floor |
| E-mail: mwites@wklawyers.com | Los Angeles, CA 90017 |
| | Telephone: (213) 426-2625 |
| *Counsel for Plaintiffs and James D. Sallah, Esq., as Receiver/Corporate Monitor of Project Investors, Inc. d/b/a Cryptsy* | Facsimile: (213) 623-1673 |
| | E-mail: SEllis@goodwinlaw.com |
| | LStoll@goodwinlaw.com |
| | GPhillips@goodwinlaw.com |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this 2nd day of March 2017 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **ANDREW KEMP-GERSTEL, ESQ. and JAMES R. LIEBLER, II, ESQ.**, LIEBLER, GONZALEZ & PORTUONDO, *Counsel for Defendant, Coinbase Inc.*, Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130; and **STEVEN A. ELLIS, ESQ., LAURA STOLL, ESQ. and GALEN PHILLIPS, ESQ.**, GOODWIN PROCTER LLP, *Pro Hac Vice Counsel for Defendant, Coinbase Inc.*, 601 South Figueroa Street - 41st Floor, Los Angeles, CA 90017.

/s/ David C. Silver
DAVID C. SILVER