# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 16-CV-81992-MARRA

BRANDON LEIDEL, individually,
and on behalf of All Others Similarly Situated; and
JAMES D. SALLAH, ESQ., as Receiver/Corporate Monitor of
Project Investors, Inc. d/b/a Cryptsy,

      Plaintiffs,

v.

COINBASE, INC., a Delaware corporation
d/b/a Global Digital Asset Exchange (GDAX);

      Defendant.

_____/

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF RECEIVER'S CLAIMS ONLY

      **THIS MATTER** is before the Court upon the parties' joint Stipulation and Voluntary Dismissal of Claims Without Prejudice **only as between** Plaintiff JAMES D. SALLAH, ESQ., as Receiver/Corporate Monitor (the "Receiver") of Project Investors, Inc. d/b/a Cryptsy, and Defendant, COINBASE, INC., a Delaware corporation d/b/a Global Digital Asset Exchange (GDAX) ("COINBASE") [Docket Entry No. 24]. The Court having reviewed the Stipulation and Voluntary Dismissal of Claims Without Prejudice, having reviewed file, and having been advised that the parties agree to the entry of this Order, it is hereby

      **ORDERED AND ADJUDGED** that:

      This action is **DISMISSED WITHOUT PREJUDICE only as between the Receiver and COINBASE** so the Receiver may pursue in arbitration his claims against COINBASE, with each party to bear their own attorneys' fees and costs associated with this lawsuit; and

      It is further ORDERED AND ADJUDGED that **this dismissal shall have no effect on any claims asserted by any other parties to this litigation, or the defenses to those claims**.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of March, 2017.

                                                                       KENNETH A. MARRA
                                                              United States District Judge