## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 9:16-CV-81992-KAM

BRANDON LEIDEL, individually,
and on behalf of All Others Similarly
Situated;

        Plaintiff

v.

COINBASE, INC., a Delaware corporation d/b/a Global Digital Asset Exchange (GDAX),

        Defendant.            /

## **NOTICE OF APPEAL**

NOTICE is given that Defendant, COINBASE, INC. ("Coinbase" or "Defendant"), hereby appeals to the United States Circuit Court of Appeals for the Eleventh Circuit from an Order denying Defendant's Corrected Motion to Compel Arbitration and Defendant's Motion to Stay Discovery [ECF No. 36], rendered on June 1, 2017 by the United States District Court for the Southern District of Florida, Honorable Kenneth Marra.

    Respectfully submitted,

/s/ James R. Liebler, II
J. RANDOLPH LIEBLER
Florida Bar No. 507954
E-mail: JRL@lgplaw.com
JAMES R. LIEBLER II
Florida Bar No. 115348
E-mail: JRLII@lgplaw.com

---

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2017, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ James R. Liebler, II
JAMES R. LIEBLER II
