**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:16-cv-81992-MARRA**

BRANDON LEIDEL, individually,
and on behalf of All Others Similarly Situated,

    Plaintiff,

v.

COINBASE, INC., a Delaware corporation
d/b/a Global Digital Asset Exchange (GDAX),

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion to File Under Seal Defendant's Motion to File Under Seal Defendant's Opposition to Plaintiff's Motion for Class Certification (DE 127). The Court has reviewed Defendant's motion and is otherwise fully advised in the premises. It is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion to File Under Seal (DE 127) is hereby **GRANTED**. Defendant shall file under seal Defendant's Opposition to Plaintiff's Motion for Class Certification. Defendant's Opposition to Plaintiff's Motion for Class Certification shall remain under seal until further Order of the Court.

**DONE and ORDERED** in Chambers at West Palm Beach County, Florida, this 5th day of September, 2019.

KENNETH A. MARRA
United States District Judge