UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81992-CIV-MARRA/MATTHEWMAN

BRANDON LEIDEL, individually and on
Behalf of all others similarly situated,

        Plaintiff,

vs.

COINBASE, INC., a Delaware corporation
d/b/a Global Digital Asset Exchange (GDAX),

        Defendant.
_____/

## MEDIATOR'S REPORT

PLEASE TAKE NOTICE that the above-referenced action was mediated before the undersigned on September 5, 2019, pursuant to the Court's Scheduling Order, etc. dated June 12, 2018.

The Court should take further notice of the following:

1.    All parties or authorized representatives of the parties and their counsel appeared in person.

2.    The undersigned adjourned the mediation on September 5, 2019, until September 10, 2019. The undersigned is continuing to communicate with the parties through counsel. A final report is expected shortly.

Respectfully submitted,

s/ Howard A. Tescher
Howard A. Tescher
Fla. Bar No. 0509183
TESCHER MEDIATION GROUP, INC.
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
(954) 236-9600 Telephone
e-mail: htescher@teschermediation.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Mediator's Report was electronically filed on September 11, 2019, using the CM/ECF system.

/s/ Howard A. Tescher
HOWARD A. TESCHER