UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-81992-MARRA

BRANDON LEIDEL, individually,
and on behalf of all others similarly situated,

      Plaintiff,

v.

COINBASE, INC., a Delaware corporation
d/b/a, Global Digital Asset Exchange (GDAX),

      Defendant.
_____/

## NOTICE OF CLASS ACTION SETTLEMENT

Plaintiff Brandon Leidel hereby gives notice that the parties, with the assistance of Mediator Judge Howard Tescher (Retired), have reached a class action settlement in the above-captioned matter. Plaintiff anticipates filing within thirty (30) days a *Motion for Preliminary Approval of Class Action Settlement, Approval of Notice to Class Members, and Scheduling of a Final Approval Hearing*. During this thirty-day period the parties will draft the class action settlement agreement, claim form and notice, as well as the motion for preliminary approval.

The parties will soon file a joint motion to address the pending deadlines set by Orders of this Court in light of the parties' class action settlement.

    Respectfully submitted,

    **BY:** */S/ MARC A. WITES*
    Fla. Bar No.: 24783
    mwites@witeslaw.com
    **WITES LAW FIRM**
    Attorneys for Plaintiff and the Class
    4400 North Federal Highway
    Lighthouse Point, FL 33064
    954-933-4400/954-354-0205 (fax)

Civil Action No. 9:16-cv-81992-MARRA

and

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684
DAVID C. SILVER
E-mail: DSilver@SilverMillerLaw.com
Florida Bar No. 572764
JASON S. MILLER
E-mail: JMiller@SilverMillerLaw.com
Florida Bar No. 095631

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was served on this 11th day of October 2019 upon: **ANDREW KEMP-GERSTEL, ESQ. and JAMES R. LIEBLER, II, ESQ.**, LIEBLER, GONZALEZ & PORTUONDO, *Counsel for Defendant, Coinbase Inc.*, Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130; and **STEVEN A. ELLIS, ESQ., LAURA STOLL, ESQ. and GALEN PHILLIPS, ESQ.**, GOODWIN PROCTER LLP, *Pro Hac Vice Counsel for Defendant, Coinbase Inc.*, 601 South Figueroa Street, Los Angeles, CA 90017.

/s/ Marc. A. Wites
MARC A. WITES