UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:16-cv-81992-MARRA

BRANDON LEIDEL, individually,
and on behalf of All Others Similarly Situated,

Plaintiff,

v.

COINBASE, INC., a Delaware corporation
d/b/a Global Digital Asset Exchange (GDAX),
Defendant.

_____/

## ORDER

This cause is before the Court upon the Notice of Settlement Class Action (DE 139), filed October 11, 2019. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

On October 11, 2019, Plaintiff informed the Court that this case had settled and that the parties would file a motion for preliminary approval. To date, the parties have not these documents.

Accordingly, the parties will file the necessary documents to bring this case to a conclusion **within 14 days of the date of entry of this Order**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of November, 2019.

_____
KENNETH A. MARRA
United States District Judge