## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16-cv-81992-KAM

BRANDON LEIDEL, individually, and on behalf of All Others Similarly Situated

    Plaintiff,

v.

COINBASE, INC., a Delaware corporation d/b/a Global Digital Asset Exchange (GDAX)

    Defendant.

_____/

## **ORDER GRANTING WITHDRAWAL OF COUNSEL**

**THIS CAUSE** is before the Court upon the Motion to Withdraw Appearance of Steven A. Ellis, Esq. of Goodwin Procter LLP as attorney for Defendant, Coinbase Inc. Neither Plaintiff nor Defendant have filed an opposition to the Motion and the Court finds that the Motion complies with Local Rule 11.1. Accordingly, it is hereby ORDERED AND ADJUDGED:

    1.    The Motion to Withdraw Appearance as Counsel (ECF No. 144) is GRANTED.

    2.    Steven A. Ellis, Esq. shall no longer represent nor have any responsibility to represent Coinbase, Inc. in this matter.

    3.    Coinbase, Inc. will continue to be represented by the other counsel listed on the docket.

**CASE NO.: 9:16-cv-81992-KAM**

4. The Clerk of the Court is directed to remove Steven A. Ellis, Esq. as attorney of record.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 4th day of December, 2019.

KENNETH A. MARRA
United States District Judge